FILED: August 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1740
(2:24-cv-00140)

_____

In re: DAVID A. STEBBINS

          Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
|---|---|
| Date Petition Filed: | 08/08/2024 |
| Petitioner | David Stebbins |
| Appellate Case Number | 24-1740 |
| Case Manager | Anisha Walker<br>804-916-2704 |