UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| in re DAVID STEBBINS, Petitioner | ) ) ) ) ) ) | Case 24-1740 |

**CERTIFICATE OF SERVICE**

On Friday, August 9, 2024, I put in the mail a copy of the Petition for Writ of Mandamus in the above-styled action, addressed to ...

>Judge Thomas Jonston
>P.O. Box 2546
>Charleston, WV 25329

So notified on this, the 9th day of August, 2024.

>/s/ David Stebbins
>David Stebbins (pro se)
>123 W. Ridge Ave.,
>APT D
>Harrison, AR 72601
>(870) 212-4947
>acerthorn@yahoo.com