**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 19, 2024

_____

DOCKET CORRECTION NOTICE
_____

No. 24-1740,   <u>In re: David Stebbins</u>
               2:24-cv-00140

TO:   David A. Stebbins

CERTIFICATE DUE:  August 22, 2024

Under FRAP 21(a)(1), you must serve your petition for writ of mandamus on:

  [ x ] all parties to the action in the trial court

Please serve your petition as indicated above and file the attached certificate of service with the court of appeals by the due date shown.

Donna Lett, Deputy Clerk
804-916-2704

_____

CERTIFICATE OF SERVICE

_____

No. 24-1740,   In re: David Stebbins
              2:24-cv-00140

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _____

(select manner of service) [   ] by mail; [   ] by commercial carrier; [   ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

_____

_____

_____

_____

_____

_____

_____

_____     _____
Signature                           Date