# CERTIFICATE OF SERVICE

No. 24-1740,   In re: David Stebbins
              2:24-cv-00140

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) 8/19/2024

(select manner of service) [ ] by mail; [ ] by commercial carrier; [ ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

Matthew Hardin at the email address of MatthewDHardin@protonmail.com

_____                              8/19/2024
Signature                                              Date