FILED: September 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1740
(2:24-cv-00140)

———————————

In re: DAVID A. STEBBINS

Petitioner

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the petition for writ of

mandamus is denied.

/s/ NWAMAKA ANOWI, CLERK